| | |
|---|---|
| 1 | HUNT & HENRIQUES |
|   | ATTORNEYS AT LAW |
| 2 | Michael S. Hunt # 99804 |
|   | Kurtiss A. Jacobs # 218950 |
| 3 | 151 Bernal Road #8 |
|   | San Jose CA 95119-1306 |
| 4 | Telephone: (408) 677-5822 |
|   | Facsimile: (408) 360-8482 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | File No. 777695 |

FILED
FEB - 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ORIGINAL FILED
FEB 1 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Raymond J. Smith, | | Case No.  CV12-04150 HRL  LHK |
| | Plaintiff, | **PROOF OF SERVICE** |
| vs. | | |
| Hunt & Henriques, Michael S. Hunt, and Janalie Henriques, | | |
| | Defendants | |

Proof of Service                                                                                                              Page 1

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am a citizen of the United States and employed in the County of Santa Clara, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 151 Bernal Road Suite 8, San Jose, California 94119-1306.

On January 30, 2013 I served the foregoing documents, described as

- **Defendant's Case Management Statement**

on the interested parties to said action by the following means:

__XXX__ **(By Mail)** By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at the offices of HUNT & HENRIQUES, California, addressed as shown below. I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ **(By Mail)** By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Jose, California, addressed as shown below.

_____ **(By Hand Delivery)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addresses shown below.

_____ **(By Personal Service)** By personally delivering a true copy thereof, enclosed in a sealed envelope, to the addresses shown below.

_____ **(By Overnight Delivery)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges prepaid, to be sent by **United Parcel Service**, addressed as shown below.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Janaury 30, 2013, at San Jose, Santa Clara County, California.

Olesya Oleynik

**NAME AND ADDRESS OF EACH PERSON SERVED:**

RAYMOND SMITH
PO BOX 2381
LOS GATOS, CA 95031