UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND J. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES, MICHAEL S. HUNT, and JANALIE HENRIQUES,<br><br>    Defendants. | Case No.: 12-CV-04150-LHK<br><br>ORDER SETTING DEADLINE TO RESPOND TO MOTION FOR RECONSIDERATION |

On February 19, 2013, this Court dismissed Plaintiff's case without prejudice as a result of Plaintiff's failure to: (1) file a case management statement in advance of the February 6, 2013 case management conference; (2) appear at the February 6, 2013 case management conference; (3) file a timely response to the OSC; and (4) appear at the February 27, 2013 OSC hearing. ECF No. 17. On March 21, 2013, Plaintiff filed a motion for reconsideration requesting that the Court reconsider its Order dismissing the case on the grounds that Plaintiff's response to the OSC was timely. ECF No. 18. Defendants are ORDERED to file any response to Plaintiff's motion by March 29, 2013.

**IT IS SO ORDERED.**

Dated: March 25, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-04150-LHK
ORDER SETTING DEADLINE TO RESPOND TO MOTION FOR RECONSIDERATION