UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND J. SMITH, | Case No.: 12-CV-04150-LHK |
| Plaintiff, | ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT |
| vs. | |
| HUNT & HENRIQUES, MICHAEL S. HUNT, and JANALIE HENRIQUES, | |
| Defendants. | |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a joint case management statement by June 5, 2013, seven days in advance of the parties' June 13, 2013 case management conference. The parties have not yet filed a joint case management statement. The parties are hereby ORDERED to file their joint case management statement by June 10, 2013.

**IT IS SO ORDERED.**

Dated: June 7, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge