UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND J. SMITH, | ) Case No.: 12-CV-04150-LHK |
| Plaintiff, | ) |
| | ) ORDER REFERRING CASE TO |
| vs. | ) MAGISTRATE JUDGE FOR ALL |
| | ) PURPOSES AND VACATING CASE |
| HUNT & HENRIQUES, MICHAEL S. HUNT, | ) MANAGEMENT CONFERENCE |
| and JANALIE HENRIQUES, | ) |
| Defendants. | ) |
| | ) |

In Plaintiff's Case Management Conference Statement filed on June 7, 2013, Plaintiff states that Plaintiff consents to a Magistrate Judge for trial and entry of judgment. *See* ECF No. 29 at 5. Defendants previously consented in their Case Management Conference Statement filed on February 1, 2013. *See* ECF No. 11 at 3. Accordingly, this case is hereby referred to a Magistrate Judge for all purposes including trial and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. The Case Management Conference set for June 12, 2013 is VACATED.

**IT IS SO ORDERED.**

Dated: June 11, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04150-LHK
ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES AND VACATING CASE
MANAGEMENT CONFERENCE