*E-FILED: June 18, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND J. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNT & HENRIQUES; MICHAEL S. HUNT; JANALIE A. HENRIQUES,<br><br>    Defendants. | No. C12-04150 HRL<br><br>**ORDER RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

This matter having been reassigned to this court upon all parties' consent to proceed before a United States Magistrate Judge, the initial case management conference is re-set for **July 23, 2013, 1:30 p.m.** All related deadlines are adjusted accordingly. In particular, the parties are reminded that they are required to file a Joint Case Management Statement no later than **July 16, 2013**. See Civ. L.R. 16-9. Failure to timely file that statement (or a separate statement if opposing counsel fails to participate in preparation of a statement) may result in sanctions and, possibly, an order to show cause why the case should not be dismissed (or default entered if it is the defendant who fails to file a statement) for failure to prosecute (or defend) the action. **Additionally, each party shall file a form Consent to Proceed Before a United States Magistrate Judge no later than July 16, 2013**. The forms are available from

the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated: June 18, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:12-cv-04150-HRL Notice has been electronically mailed to:

2 Ashley Dawn Rose    ashley.rose@roseatlaw.com

3 Kurtiss Anthony Jacobs    ooleynik@hunthenriques.com

4 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.