AO 154 (10/03) Substitution of Attorney

**FILED**
AUG 13 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

RAYMOND SMITH

Plaintiff (s),

V.

HUNT & HENRIQUES, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:12-CV-04150-HRL

Notice is hereby given that, subject to approval by the court, __HUNT & HENRIQUES__ substitutes
(Party (s) Name)

__TOMIO B. NARITA__, State Bar No. __156576__ as counsel of record in
(Name of New Attorney)

place of __MICHAEL S. HUNT & KURTISS A. JACOBS__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: SIMMONDS & NARITA LLP
Address: 44 MONTGOMERY STREET, SUITE 3010, SAN FRANCISCO, CA 94104
Telephone: (415) 283-1000      Facsimile (415) 352-2625
E-Mail (Optional): tnarita@snllp.com

I consent to the above substitution.
Date: 8/2/2013
(Signature of Party (s))

I consent to being substituted.
Date: 8/2/2013
(Signature of Former Attorney (s))
Kurtiss A. Jacobs CSB 218950

I consent to the above substitution.
Date: 8/2/2013
(Signature of New Attorney)
Tomio Narita

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/13/13
Judge HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]