AO 154 (10/03) Substitution of Attorney

## UNITED STATES DISTRICT COURT

**FILED**
AUG 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NORTHERN District of CALIFORNIA

RAYMOND SMITH
    Plaintiff(s),
V.
HUNT & HENRIQUES, ET AL.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:12-CV-04150-HRL

Notice is hereby given that, subject to approval by the court, RAYMOND SMITH (Party(s) Name) substitutes JIM Q. TRAN (Name of New Attorney), State Bar No. 274880 as counsel of record in place of ASHLEY ROSE (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:
- Firm Name: THE COAST LAW CENTER
- Address: 2677 NORTH MAIN STREET, STE 520, SANTA ANA, CA 92705
- Telephone: (714) 242-5939     Facsimile: (949) 429-4354
- E-Mail (Optional): jim.tran@coastlawcenter.com

I consent to the above substitution.
Date: 8/22/2013
(Signature of Party(s))

I consent to being substituted.
Date: 8/22/2013
Ashley Rose
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8/27/2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 8/29/13
Magistrate Judge
HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]