TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
ARVIN C. LUGAY (SBN 242599)
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for Defendant
Hunt & Henriques

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND J. SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES,<br><br>Defendant. | CASE NO.: 5:12-cv-04150-HRL<br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SANCTIONS UNDER RULE 11 BY DEFENDANT HUNT & HENRIQUES**<br><br>Date:    November 5, 2013<br>Time:   10:00 a.m.<br>Crtrm:   2 - 5th Floor<br><br>The Honorable Howard R. Lloyd |

## I. ARGUMENT

Plaintiff Raymond J. Smith ("Smith") has wholly failed to oppose the motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure filed by defendant Hunt & Henriques ("H&H"). The Court should deem Smith's failure to file an opposition as his consent to the granting of the motion.

H&H filed and served its motion through the Court's Electronic Case Filing system ("ECF") on September 30, 2013, noticing a hearing for November 5, 2013. *See* Doc. No. 55. Pursuant to Local Rule 7-3, Smith's opposition was due no later than fourteen days after the motion was filed and served through ECF, *i.e.*, by October 14, 2013. *See* L.R. 7-3(a). A review of the Court's online docket system (PACER), reflects that, as of October 21, 2012, Smith has not filed an opposition.

When a party "does not oppose a motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition. *See* L.R. 7-3(b). "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," except for an Objection to Reply Evidence or a Statement of Recent Decision. *See* L.R. 7-3(d). Thus, "the failure to file an opposition to a motion . . . is grounds for granting the motion." *Esparza v. Federal Deposit Ins. Corp.*, 2010 WL 5102874, *1 (N.D. Cal. Dec. 8, 2010) (granting defendant's unopposed motion to dismiss) (citing *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir.1995)).

As noted in H&H's opening memorandum, and as now confirmed by the lack of an opposition, the claims in the First Amended Complaint (the "FAC") filed by Smith are frivolous and without factual foundation or legal support.

## II. CONCLUSION

Because Smith has effectively consented to the granting of H&H's motion for sanctions under Rule 11, and for the unopposed reasons stated in H&H's Memorandum of Points and Authorities, the Motion for Sanctions under Rule 11

should be granted. Accordingly, H&H respectfully request that the Court issue an Order sanctioning counsel for Smith, pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DATED: October 21, 2013

SIMMONDS & NARITA LLP
TOMIO B. NARITA
ARVIN C. LUGAY


By: s/Arvin C. Lugay
Arvin C. Lugay
Attorneys for Defendant
Hunt & Henriques